UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MOHAMMAD N. KHAN | CIVIL ACTION NO. 5:15-cv-2602 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| WILLIE SHAW, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED** pursuant to the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _____ day of _____, 2016.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE